1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   STANLEY A. BOONE
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                                        )  CASE NO.: 1:11-cr-00174-AWI
11  UNITED STATES OF AMERICA,           )
                                        )
12            Plaintiff,                )
                                        )  **STIPULATION AND PROTECTIVE**
13                                      )  **ORDER BETWEEN THE UNITED**
         v.                             )  **STATES AND DEFENDANT YURI**
14                                      )  **PEREZ MACHADO**
                                        )
15  JORGE PALENZUELA,                   )
    JAIRO FERNANDEZ, and                )
16  YURI PEREZ MACHADO                  )
                                        )
17            Defendants.               )
                                        )
18

19       WHEREAS, the discovery in this case is voluminous and contains a

20  large amount of personal and confidential information including but not

21  limited to Tax information, Social Security numbers, dates of birth,

22  bank and credit card account numbers, telephone numbers, and residential

23  addresses ("Protected Information"); and

24       WHEREAS, the parties desire to avoid both the necessity of large

25  scale redactions and the unauthorized disclosure or dissemination of

26  this information to anyone not a party to the court proceedings in this

27  matter;

28       The parties agree that entry of a stipulated protective order is

1 appropriate.

2     THEREFORE, Defendant YURI PEREZ MACHADO, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

6     1.  This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

9     2.  This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

12     3.  By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

23     4.  The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

        5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

        6.   Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

        7.   In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

        IT IS SO STIPULATED.


DATED: August 22, 2011          By: /s/Richard A. Beshwate, Jr.
                                    RICHARD A. BESHWATE, JR.
                                    Attorney for Defendant
                                    YURI PEREZ MACHADO


DATED: August 22, 2011              BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/Henry Z. Carbajal III
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated:   August 22, 2011        _____
                                CHIEF UNITED STATES DISTRICT JUDGE